UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE NOBLES | DOCKET NO.: 3:11-CV-311-JJB-SCR |
| VERSUS | JUDGE: JAMES J. BRADY |
| TOWN OF KILLIAN, KILLIAN POLICE DEPARTMENT, CHIEF DENNIS HILL, AND OFFICER SHANNON WRIGHT MACK | MAGISTRATE: RIEDLINGER |

## MOTION FOR SUMMARY JUDGMENT
## ON BEHALF OF OFFICER SHANNON WRIGHT MACK

The defendant, Officer Shannon Wright Mack ("Officer Mack") moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment as to all of the claims of the plaintiff, Jessie P. Nobles ("the plaintiff"), on the grounds that there is no genuine dispute as to any material fact, and Officer Mack is entitled to summary judgment as a matter of law for the following reasons:

1.

The plaintiff claims that Officer Mack violated his Fourth and Fourteenth Amendment constitutional rights when Officer Mack arrested him on May 29, 2010, must be dismissed on the basis of qualified immunity. Officer Mack was executing a valid warrant on the plaintiff, and the plaintiff's arrest for assault was based on probable cause.

2.

Additionally, the plaintiff cannot prove that Officer Mack used excessive force or conducted an unreasonable search and seizure of the plaintiff.

2942594_1.DOCX

3.

Further, the plaintiff cannot prove the elements of his state law claims of assault and battery, false arrest and illegal imprisonment, and intentional infliction of emotional distress against Officer Mack.  Therefore, the state law claims must be dismissed.

4.

Moreover, the plaintiff's claim for punitive damages and attorneys' fees should be dismissed because, absent liability, a party has no claim for damages.  The plaintiff has no evidence to support such awards.

5.

In support of the Motion for Summary Judgment, Officer Mack submits the following:

A.  Petition for Damages

B.  Deposition Transcript of the defendant Officer Shannon Wright Mack

C.  Deposition Transcript of the plaintiff Jessie Nobles

D.  Deposition Transcript of the defendant Chief Dennis Hill

WHEREFORE, Officer Mack prays that this matter be set for hearing, and, that after due proceedings, the Court grant this Motion for Summary Judgment, dismissing all of the plaintiff's claims against Officer Mack, with prejudice, at the plaintiff's costs.

2942594_1.DOCX

Case 3:11-cv-00311-JJB-SCR   Document 17   06/15/12   Page 2 of 3

Respectfully Submitted,

/s/John F. Jakuback
John F. Jakuback (#21643) (T.A.)
john.jakuback@keanmiller.com
Melissa B. Caruso (#31091)
melissa.caruso@keanmiller.com
KEAN MILLER LLP
II City Plaza, 400 Convention Street, Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Fax: (225) 388-9133

*Attorneys for Officer Shannon Wright Mack*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion for Summary Judgment on behalf of Officer Shannon Wright Mack* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the court's electronic filing system:

| | |
|---|---|
| Mr. J. Christopher Alexander, Sr., Esq.<br>Attorneys and Counselors at Law<br>3751 Government Street, Suite A<br>Baton Rouge, Louisiana 70806 | Ms. Karen Day White<br>Louisiana Municipal Risk Assoc.<br>700 North 10th Street, Suite 440<br>Baton Rouge, Louisiana 70802 |
| Mr. Jay Minos Simon, Esq.<br>Duncan & Simon, L.L.C.<br>8480 Bluebonnet Blvd., Suite G<br>Baton Rouge, Louisiana 70810-2879 | Mr. Brian K. Abels<br>Boyer, Hebert, Abels & Angelle, LLC<br>1280 Del Este Avenue<br>Denham Springs, Louisiana 70726 |

Baton Rouge, Louisiana, this 15th day of June, 2012.

John F. Jakuback
John F. Jakuback

2942594_1.DOCX