UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE NOBLES | DOCKET NO.: 3:11-CV-311-JJB-SCR |
| VERSUS | JUDGE: JAMES J. BRADY |
| TOWN OF KILLIAN, KILLIAN POLICE DEPARTMENT, CHIEF DENNIS HILL, AND OFFICER SHANNON WRIGHT MACK | MAGISTRATE: RIEDLINGER |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

Defendant, Officer Shannon Wright Mack ("Officer Mack"), submits the following Statement of Uncontested Material facts as to which there is no dispute:

1.

On May 29, 2010, Officer Mack was executing a warrant for outstanding tickets to the plaintiff, Jessie Nobles, at his residence.[1]

2.

Plaintiff did not immediately comply with Officer Mack's requests, had an attitude, and cussed at Officer Mack.[2] Plaintiff then lunged at Officer Mack, knocked the papers out of his hand, and assaulted him.[3]

3.

Officer Mack arrested the plaintiff for assault. On the way to the police station, Plaintiff "cooled off" and calmed down.[4] Officer Mack spoke to the chief of police regarding the

---

[1] Exhibit B – Deposition of Officer Mack pp. 62, 67, 171, 174, 176
[2] Exhibit B – Deposition of Officer Mack pp. 63, 65, 68-69; Exhibit C – Deposition of Jessie Nobles pp. 74, 76-77
[3] Exhibit B – Deposition of Officer Mack pp. 65, 68-69
[4] Exhibit B – Deposition of Officer Mack p. 72

incident, and Officer Mack ultimately decided to not press charges against Plaintiff for the assault.[5]

4.

Plaintiff called his parents to come pick him up from the police station, and Officer Mack drove Plaintiff to the halfway point as a courtesy to Plaintiff.[6]

5.

On May 11, 2011, Plaintiff filed a Complaint asserting allegations stemming from the May 29, 2010, arrest. Specifically, within his petition, Plaintiff asserted that Officer Mack "deprived him of his constitutional rights secured by 42 U.S.C. § 1983 and by the Fourth and Fourteenth Amendments."[7] He further alleged that Officer Mack committed an assault and battery, false arrest and illegal imprisonment, and intentional infliction of emotional distress.[8]

6.

Plaintiff did not suffer any physical injuries or miss any work as a result of the May 29, 2011, arrest.[9]

                Respectfully Submitted,

                /s/John F. Jakuback
                John F. Jakuback (#21643) (T.A.)
                john.jakuback@keanmiller.com
                Melissa B. Caruso (#31091)
                melissa.caruso@keanmiller.com
                KEAN MILLER LLP
                Post Office Box 3513 (70821)
                Baton Rouge, Louisiana 70802
                Telephone: (225) 387-0999
                Fax: (225) 388-9133
                **Attorneys for Officer Shannon Wright Mack**

---

[5] Exhibit B – Deposition of Officer Mack pp. 73-75, 89, 91; Exhibit D – Deposition of Chief Dennis Hill pp. 40-42, 140-141
[6] Exhibit B – Deposition of Officer Mack p. 75; Exhibit C – Deposition of Jessie Nobles pp. 84, 125-126
[7] Exhibit A – Complaint ¶73
[8] Exhibit A – Complaint ¶ 75, 77, 94
[9] Exhibit C – Deposition of Jessie Nobles pp. 117, 119

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Statement of Uncontested Facts* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the court's electronic filing system:

Mr. J. Christopher Alexander, Sr., Esq.
Attorneys and Counselors at Law
3751 Government Street, Suite A
Baton Rouge, Louisiana 70806

Mr. Jay Minos Simon, Esq.
Duncan & Simon, L.L.C.
8480 Bluebonnet Blvd., Suite G
Baton Rouge, Louisiana 70810-2879

Ms. Karen Day White
Louisiana Municipal Risk Assoc.
700 North 10th Street, Suite 440
Baton Rouge, Louisiana 70802

Mr. Brian K. Abels
Boyer, Hebert, Abels & Angelle, LLC
1280 Del Este Avenue
Denham Springs, Louisiana 70726

     /s/John F. Jakuback
     John F. Jakuback

3063090_1.DOCX

Case 3:11-cv-00311-JJB-SCR    Document 17-2    06/15/12    Page 3 of 3